UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON)

WEN Y. CHIANG )
    Plaintiff )
V. ) Civil No:
David Gray )
    Defendant )

## COMPLAINT AND JURY CLAIM

## THE PARTIES

1. The Plaintiff Wen Chiang ("Chiang') resides in Winchester, Massachusetts, 01890

2. The Defendant David E. Gray is a Law offices of Peakes & Gray (" LPG") located in 16 Main St. Dexter, Maine 04930.

3. The defendant, Law offices of Peakes & Gray (" LPG") is the law office that does the closing, with address at 16 Main St. Dexter, Maine 04930.

## FACTUAL ALLEGATIONS

4. In September 2009, The Seller, David Major contacted Chiang In November 2009, Major made offering a property located in 212 Bond Rd, Corrina, Maine to Chiang, also offering for Mortgage loan, Chiang which accepted Major's offer with condition, the closing was done by Defendant, David Gray Esq for both seller and buyer of Wen Y. Chiang.

5. Due to the property needs large repair work, and through Major's offering to all assistant and flexible of mortgage payment, Chiang also obtain the Seller who states is an construction contractor, and the property closing was on November 27, 2009, in defendant's office at Dexter, Maine.

6. On January 2010, The seller of David Major begin to provide false statement to Chiang's contractor and has serious of issues and behavior to Chiang's customer, which was result Chiang had file an business lawsuit against to David Major in This Commonwealth of Massachusetts under case 12-2731, following more defendant involved from that case,

Which all of defendant has filed their motion to dismiss as due to the issue were incurred in Maine and that Chiang filed in local Superior Court with long arm statues shall not apply, which the Superior Court took a hearing and allowed defendant as the case it is incurred in Maine as well with the property dispute, Chiang also appealed as continue under the long arm statues. The State of appeal court also affirmed the case.

7. After Chiang seeing few other attorney advise the case should be filed in Maine or in the alternatives, this Federal Court has Jurisdiction under Diversity statues.

8. Due to there is more plaintiff and defendant involved, which there was initial of complaint that continue incurred for three years by that person, David Major, which he through his counsel to make all kind of defense, include buy out Chiang's attorney, with large of dispute and evidence showed in Maine from Seller of David Major's initial set up foreclosure the property as well from the trial stand by numerous of witness, which the new action was exposed from David Major in his testimony.

9. On January 30 & 31, 2014. The Maine's court took an trial for foreclosure by David Major's request, which with numerous of evidence showed, but the case was still made in favor to David Major, which the appeal then continue ongoing.

10. When the case under 12-2731, was first time filed in This State of Superior Court and dismissed as well pending of appeal, through Maine's foreclosure case, the witness David Major and his wife, testified in Court, David Major also being cross exam as well states that David Gray was his friend and his Maine's Real Estate attorney and did several times of closing property for David Major, it raised the issue of the purchasing for that property was conflict to David Major and to Chiang,

11. The Defendant David E. Gray has a Law offices of Peakes & Gray (" LPG") who does the property and charged Chiang for title insurance, property search and provide the closing in between Major and Chiang. LPG failed to provide all necessary legal advice information and documents to allow Chiang review, as well that LPG was never had any attorney present

in closing, instead, by an office employee who claim themselves as the Paralegal for that law firm. Later, LPG only set a date in Major's favor and request Chiang to sign the closing agreement.

12. Since that time of purchasing of property and for the purchase closing, The LPG failed to provide the correct mortgage agreement to Chiang as require by Maine's law 30days advance for Chiang to review, include failed to request Chiang to sign any agreement for waiver of the conflict matter, later, the property deed for Chiang was spell wrong name and wrong address as well never corrected. After three years later for trial as through David Major's foreclosure case, the pop up the closing was illegal, with the defect of above claimed, which Defendant, David Gray and his office shall both responsible for the negligent and in Malpractice of conflict to conduct the closing without Chiang's agreed of signing of waiver of Conflict issue and report to Chiang of the all conflict matters.

13. Chiang has learn that this court of Diversity statues could be the last and final dispute court for all parties, Chiang also on hold of David Major and several others in the future of defendant, since Chiang has pending ongoing of appeal and evidence, Chiang is undecide yet whether or not as to add other persons that has jointly violated the law which David Major and his wife, adult son, Kayle Major, all of these information was from the Maine's two days of trial by David Major and his wife of testimony as well the other evidence that has caused Chiang's damage as not calculate with type of claim.

14. During that trial, Chiang also subpoenaed the Register of Deed with true test of certification, which showed four years later from November of 2009, the property still remain uncorrected name to the right name of Chiang.

## COUNT I - BREACH CONTRACT

15. At all time related to this Complaint, The Plaintiffs stated the allegation of paragraph 1 through 14 of this complaint as if fully stated herein.

3

16. LPG and David Gray breached the contract in provide false and incomplete documents and contract to Chiang or any waive of conflict issues with agreement for Chiang to sign release that David Gray and LPG as violated the Maine's Bar of rule and civil procedure as well the action in the closing date that attorney David Gray also not appear on site for closing and signing.

17. LPG or David Gray has not provide the information and closing document to Chiang at less of 30days time frames for Chiang or his attorney to review. The Mortgage itself was become violated both US and State law under Mortgage terms and Financial terms.

   WHEREFORE, Plaintiffs demands monetary damages of $ 80,000.00 against all defendants in jointly and individually under this paragraph for monetary damages, costs, interests, and such other additional relief, costs as the Court deems just and reasonable.

## COUNT II- NEGLIGENCE

18. At all time related to this Complaint, The Plaintiffs stated the allegation of paragraph 1 through 17 of this complaint as if fully stated herein.

19. Defendant, David Gray has not appear in closing and made his secretary, who stated is an paralegal for the office and to do the closing.

20. When signing the purchase and Sales agreement, Chiang also point out that Chiang's name has been spell wrong and the Address also is wrong, Chiang only got the answer from the secretary states that is mistake and will immediately correct as well send to the Register Deed department to have all corrected, upon the foreclosure action in Maine as set up by David Major with intention to refuse the mortgage payment, and Chiang subpoenaed the records in the day before the trial set on January 30 and 31, 2014.  The records showed, Neither David Gray or LPG that was never correct Chiang's name in the deed, which is defect of deed.

21. Chiang believes, the purchase and sales agreement and property of deed to transfer to Chiang shall have the attorney who being hired and present in signing, in this case of closing,

Attorney Gray did not appear in his office for closing, which is initial of Negligent to Chiang, LPG has provide the office for signing but did not have the professional lawyer on site, nor the secretary has the authority to do the closing as she has the license or Certificate that authorized by Maine's State government to perform the closing. After closing,

WHEREFORE, Plaintiff demands monetary damages of $ 80,000.00 against all defendants in jointly and individually under this paragraph for monetary damages, costs, interests, and such other additional relief with costs, attorney fees as the Court deems just and reasonable.

## COUNT III- TORTS

22. At all times related to this Complaint, The Plaintiffs stated the allegation of paragraph 1 through 21 of this complaint as if fully stated herein.

23. Both LPG and attorney David Gray are violation of Torts to the Plaintiff's right by take Major's orders and preparing Mortgage agreement and contract that was has spell Chiang's name and address wrong, after one week later, due to defendant has made initially breach the agreed By deposit the check few days earlier and cause check bounced and Chiang has to initial spend another 5.00 to purchase of Certified Banks Cashier check and mailed to LPG office.

24. When Chiang send the cashier check with letter together defendant, Chiang also initial requested again to ensure the correct of Chiang's name and address, and then send corrected of deed to Chiang, which LPG or David Gray was never take action to make correction to the Registered of Deed office, when 2014 for the trail of foreclosing, Chiang subpoenaed the record and certified as true test document, find that defendant was never take action to make correction for 4 years and Register Deed officer also stated, when the name or address wrong, it is cause the deed as defect, which would cause problems to the future to resale the property. The action of defendant is clear torts Chiang's right for the above listed of claim.

25. It is Chiang's right to have 30 days advance for review the documents and information for the property, when defendant processing the closing was only 2 and half weeks and through

their client and friend, who is the seller to Chiang for closing, which could prevent all problems happen if defendant has gave their information correctly of the property history and problems that seller has, or to inform Chiang of the Conflict, all deal could be cancel at that time. Which all of them are torts Chiang's right to entitle for the documents and information's as well the property deed with correct name and address, because of that issue, Chiang was never got refund of the overpaid tax during the closing for 41.00 as well Chiang never received the annual year of property tax for two years, which result of tax collection in that times fames.

26. As for the result, defendant is responsible Chiang's in all processing or closing as defect of deed and upon January 2014, the deed was still not make any correction on Chiang's name and address, which also result Chiang lost the property after paid over a year of mortgage and lost the right co correct the rent of 12,560.00 from Kayle Major. Which is torts to Chiang as well the initial of damages in Major of repairing the property and travel from Massachusetts to Maine as to intend of fix the problems that defendant made torts to Chiang.

WHEREFORE, Plaintiff demands monetary damages of $ 80,000.00 against defendants in jointly and individually under this paragraph for monetary damages, costs, interests, and such other additional relief with any and all costs, travel costs, witness testify in Maine foreclosure and Hotel staying as well the attorney fees (include the begin of lawsuit incurred with David Major for lawyer to deal with David Major's lawyer), as the Court deems just and reasonable.

### COUNT IV – MISREPRESENTATION TO PLAINTIFF

27. At all times related to this Complaint, The Plaintiffs stated the allegation of paragraph 1 through 26 of this complaint as if fully stated herein.
27. LPG was misrepresentation to Chiang by provide the wrong and incorrected documents in related to the deed that is against Plaintiffs right in real estate closing, include that plaintiff has send the letter and e-mail to defendant to remind them to correct the property deed to

right name or plaintiff and right address, which defendant has fail and never make any correction or inform Chiang as the result of the represent plaintiff in that property matter.

28. Attorney David Gray also in misrepresent Chiang for closing and all of above claim stated, and cause Chiang for damages initial and after paid few years of mortgage as the defect of property, furthermore, Attorney Gray failed to inform Chiang of his conflict as he was David Major's attorney for numerous years as friend of him, those conflict was never popup up or knowing until Jan 30& 31 of 2014 to the two days of trial that was testified by David Major and his wife Kim Major, which David Major testified his relation with David Gray and surprised to all party and witness, translate by the court, and proof the conflict and the purchase and sales of the property by Attorney Gray of misrepresentation to Chiang on all issues.

WHEREFORE, Plaintiff demands monetary damages of $ 80,000.00 against defendants in jointly and individually under this paragraph for monetary damages, costs, interests, and such other additional relief with any and all costs, travel costs, witness testify in Maine foreclosure and Hotel staying as well the attorney fees (include the begin of lawsuit incurred with David Major for lawyer to deal with David Major's lawyer), as the Court deems just and reasonable.

** Plaintiff Demand for Jury trial so triable**

Respectfully Submitted,

Date: November 24, 2015    By: _____
                                Wen Y. Chiang,   Pro se